

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:              01-15-00566-CV

Style:                     In re Valero Refining – Texas, L.P., Relator

Date motion filed[*]:      August 7, 2015

Type of motion:           First Motion for Extension of Time to File Responsive Brief

Parties filing motion:    Real Parties in Interest Vernon Fox and Mikki Fox

Document to be filed:     Response to Mandamus Petition

Is appeal accelerated?         Yes (mandamus).

If motion to extend time:

     Original due date:              August 10, 2015

     Number of extensions granted:     0          Current Due Date:  August 10, 2015

     Date Requested:                September 9, 2015

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  September 9, 2015.

        ☑      No further extensions will be granted absent extraordinary circumstances.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

   Given counsel's previously-planned vacation and the voluminous record, the real parties in interest's unopposed motion for an extension to file their response to the mandamus petition until September 9, 2015, is **granted.** *See* TEX. R. APP. P. 2, 10.3(a)(2),10.5(b)(1).  However, counsel is warned that no further extensions will be granted absent extraordinary circumstances because this is a mandamus petition.

Judge's signature: /s/ Evelyn V. Keyes
               ☒ Acting individually      ☐ Acting for the Court

Date:  August 18, 2015